UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MICHAEL G. CUMMINGS,   CASE NO. 01-2050-CIV-KING

    Plaintiff,

v.

UNUMPROVIDENT CORPORATION and
UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendants,



v.

BAPTIST HEALTH SOUTH FLORIDA, INC.,

    Intervenor.

_____/

## ORDER GRANTING THIRD-PARTY
## BAPTIST HEALTH SOUTH FLORIDA'S MOTION TO INTERVENE

THIS CAUSE is before the Court on Baptist Health South Florida, Inc.'s ("Baptist") Motion to Intervene filed April 15, 2002. Plaintiff filed a Response on April 29, 2002. Baptist filed a Reply on May 9, 2002. Baptist seeks to intervene for the limited purpose of litigating whether the long term disability plan at issue in this case, for which Baptist is the plan sponsor, comes within the "church-plan exception" to coverage by ERISA. After a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that Baptist Health South Florida, Inc.'s Motion to Intervene be, and the same is hereby, GRANTED. It is further

ORDERED and ADJUDGED that Baptist Health South Florida, Inc. shall have until May 27, 2002, to file a Motion to Dismiss Plaintiff's Second Amended Complaint addressing the church-plan exception.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 16th day of May, 2002.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   John J. Spiegel, Esq.
      JOHN J. SPIEGEL, P.A.
      700 Concord Building
      66 West Flagler Street
      Miami, FL 33130
      *Counsel for Plaintiff*

      John T. Kolinski, Esq.
      Adam M. Hirsh, Esq.
      SHUTTS & BOWEN LLP
      201 S. Biscayne Boulevard
      1500 Miami Center
      Miami, FL 33131
      *Counsel for Defendants*

      Robert T. Kofman, Esq.
      Susan J. Toepfer, Esq.
      STEARNS WEAVER et al.
      150 West Flagler Street
      Miami, Florida 33130
      *Counsel for Intervenor*